Todd M. Friedman (216752)
Law Offices of Todd M. Friedman, P.C.
324 S. Beverly Dr. #725
Beverly Hills, CA 90212
Phone: 877 206-4741
Fax: 866 633-0228
tfriedman@attorneysforconsumers.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY DITIRRO, KATYA BRESLER, AND MICHELLE SHUMATE, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> FACEBOOK, INC., <br><br> Defendant. | Case No. 5:14-cv-00132-PSG <br><br> **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

**NOTICE IS HEREBY GIVEN** that Plaintiffs, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses their individual claims with prejudice, on behalf of themselves and no others. Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed with prejudice and without an Order of the Court.

RESPECTFULLY SUBMITTED this 30th day of May, 2014.

By:     s/Todd M. Friedman
        Todd M. Friedman, Esq.
        Law Offices of Todd M. Friedman, P.C.
        Attorney for Plaintiff

Notice of Dismissal - 1

1  Filed electronically on this 30th day of May, 2014, with:

2
3  United States District Court CM/ECF system

4  And hereby served upon all parties

5
6  Notification sent on this 30th day of May, 2014, via the ECF system to:

7  Honorable Paul S. Grewal
   Judge of the United States District Court
8  Northern District of California

9
10 Jeffrey M. Gutkin
   COOLEY LLP
11 101 California St., 5th Floor
   San Francisco CA 94111-5800
12

13 By: s/Todd M. Friedman
14       Todd M. Friedman

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Notice of Dismissal - 2